UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELI STAR CORP., INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>W.A. KRETCH CO., LLC, d/b/a Café Favorites; CEM ENTERPRISES, LLC; CEM ENTERPRISES 1, LLC; and LEN KRETCHMAN,<br><br>          Defendants. | Case No. 15-cv-224-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction (Doc. 10).  In response, plaintiff Deli Star Corp., LLC, ("Deli Star") asks the Court to transfer this case pursuant to 28 U.S.C. § 1406 to the United States District Court for the Middle District of Florida, which Deli Star believes would have personal jurisdiction over all defendants (Doc. 14).  The defendants have not responded to Deli Star's motion, and the Court has verified via e-mail that it will not file an objection to the transfer.  Because all parties are amenable to a transfer, the Court **GRANTS** Deli Star's motion to transfer (Doc. 14) and **TRANSFERS** this case pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Middle District of Florida, where this case could have been brought originally and where the court has jurisdiction over all parties.  This transfer renders **MOOT** the defendants' motion to dismiss for lack of personal jurisdiction (Doc. 10).

**IT IS SO ORDERED.**
**DATED:   April 29, 2015**

                                         s/ J. Phil Gilbert
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**